UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-149 (NEB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEREK GERARD WILLIAMS,
A/K/A "MELIKECHEESEPIZZA,"
A/K/A "KNOTTUPTOANYGOOD,"
A/K/A "JAKE SMITH,"

Defendant.

**STIPULATION REGARDING RESTITUTION**

The United States of America and Defendant Derek Gerard Williams, by and through the parties' respective attorneys, Miranda E. Dugi, Assistant United States Attorney, and Eric J. Olson, Attorney for Defendant, have entered into this Stipulation Regarding Restitution. The terms of the Stipulation are as follows:

1. On August 16, 2021, Defendant pleaded guilty pursuant to a plea agreement to Count 1 (Advertising Child Pornography, 18 US.C. §§ 2251(d),(e)), Count 2 (Production and Attempted Production of Child Pornography, 18 U.S.C. §§ 2251(a), (e)), and Count 3 (Distribution of Child Pornography, 18 U.S.C. §§ 2252(a)(2), (b)(1)).

2. As set forth in the Plea Agreement, Defendant agreed to pay restitution to all of the victims of his crimes, whether named in the Information or not, in the amount of at least $3,000 pursuant to 18 U.S.C. §§ 2259 and 3663A (Doc. 14 ¶ 14).

3.  Defendant agrees to pay the amounts agreed upon by the attorneys who represent the victims as set forth in the table below:

| No. | Victim, Series, Information for Payment | Amount |
|---|---|---|
| 1 | SpongeBob series aka Andy<br>Pay to the Order of:<br>Marsh Law Firm PLLC, in trust for Andy<br>548 Market St., #65135<br>San Francisco, CA 94104 | $3,000 |
| 2 | Sweet White Sugar series aka Pia<br>Pay to the Order of:<br>Deborah A. Bianco, in trust for Pia<br>P.O Box 6503<br>Bellevue, WA 98008 | $3,000 |
| 3 | BluePillow1 series aka Henley<br>Pay to the Order of:<br>Deborah A. Bianco, in trust for Henley<br>P.O Box 6503<br>Bellevue, WA 98008 | $3,000 |
| 4 | Lighthouse 1 series aka Maureen<br>Pay to the Order of:<br>Deborah A. Bianco, in trust for Maureen<br>P.O Box 6503<br>Bellevue, WA 98008 | $3,000 |
| 5 | Jan_Socks1 series aka Skylar<br>Carol L. Hepburn in trust for Skylar of the Jan_Socks series<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 6 | Jan_Socks1 series aka Sierra<br>Carol L. Hepburn in trust for Sierra of the Jan_Socks series<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 7 | Marineland1 series aka Sarah<br>Carol L. Hepburn in trust for Sarah of the Marineland1 series<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 8 | Vicky series aka Lily<br>Carol L. Hepburn in trust for Lily of the Vicky series | $3,000 |

|    |    |    |
|----|----|----|
|    | PO Box 17718<br>Seattle, WA 98127 |    |
| 9  | MotorCouch1 series aka Cara<br>Carol L. Hepburn in trust for Cara of the MotorCouh1 series<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 10 | Best Necklace series aka Maria<br>Carol L. Hepburn in trust for Maria of the Best Necklace series<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 11 | At School series aka Violet<br>Carol L. Hepburn in trust for Violet of the At School series<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 12 | 8kids series aka John Doe I<br>Tanya Hankins in Trust for the 8 Kids Series<br>The Law Office of Erik Bauer<br>P.O. Box 1091<br>Tacoma, WA 98401 | $3,000 |
| 13 | 8kids series aka John Doe II<br>Tanya Hankins in Trust for the 8 Kids Series<br>The Law Office of Erik Bauer<br>P.O. Box 1091<br>Tacoma, WA 98401 | $3,000 |
| 14 | 8kids series aka John Doe III<br>Tanya Hankins in Trust for the 8 Kids Series<br>The Law Office of Erik Bauer<br>P.O. Box 1091<br>Tacoma, WA 98401 | $3,000 |
| 15 | 8kids series aka John Doe IV<br>Tanya Hankins in Trust for the 8 Kids Series<br>The Law Office of Erik Bauer<br>P.O. Box 1091<br>Tacoma, WA 98401 | $3,000 |

| 16 | 8kids series aka John Doe V<br>Tanya Hankins in Trust for the 8 Kids Series<br>The Law Office of Erik Bauer<br>P.O. Box 1091<br>Tacoma, WA 98401 | $3,000 |
|---|---|---|
| 17 | Vanessa Draper<br>c/o Ally McQueen, Esq. and Ryan DiSantis, Esq.<br>Jones Day<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60610 | $6,000 |
| 18 | "Linda & Patty 1" series, "Patty"<br>c/o Kelly M. Locher<br>Jones Day<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514 | $3,000 |

4. Documentation to support these requests has been provided to the U.S. Attorney's office and to the Defendant. Previously requested restitution on behalf of victims "Angela," "April," and "Chelsea," have been withdrawn at the request of their counsel, Elaine Tran Lenahan, as communicated to the United States via email on January 2 and January 6, 2022.

5. Defendant agrees to pay a total amount of restitution of $57,000.

6. The United States supports these agreements regarding the resolution of restitution requests.

7. Defendant agrees that restitution payments shall be made to the Clerk of the Court, United States District Court, District of Minnesota, Minneapolis, Minnesota. The Clerk shall make appropriate payment to the victims at the addresses identified in paragraph 3.

8. Defendant agrees that he will notify the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415 within 30 days of (a) any change of name, residence or

mailing address; and (b) any material change in economic circumstances that affects his ability to pay restitution.

9. The parties further agree that no delinquent or default penalties will be imposed, except upon order of the Court.

10. Defendant agrees that until such time as the full restitution amount is paid, and while he is incarcerated, he will make quarterly payments of no less than $25, if he is working non-UNICOR; if he is working UNICOR, he agrees to pay no less than 50% of his monthly earnings towards his restitution obligation.

11. Defendant agrees that if he has not satisfied the full restitution obligation prior to his release from prison, beginning 30 days after his release from prison, he will make payments of at least $25 per month towards his restitution obligation.

12. The parties respectfully ask the Court to issue a judgment at sentencing reflecting the stipulation contained herein.

Dated: 1/10/2022

CHARLES J. KOVATS, JR.
Acting United States Attorney

BY: Miranda E. Dugi
Assistant U.S. Attorney
Attorney ID No.: 5140546 (NY)

Dated: 1/10/2022

Derek Gerard Williams
Defendant

Dated: 1/10/2022

Eric J. Olson
Counsel for the Defendant

5

Attorney ID No.: 278427